**FILED**

JUL 2 4 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

'08 MC 0409

## COPY CERTIFICATION BY DOCUMENT CUSTODIAN

At State of ____California____ )

) ss.

At County of ____San Diego____ )

I, ____Barbara Susan; Loeffler____, hereby affirm that the attached
<sub>Name of the Custodian of the Original Document</sub>

reproduction of ____"Act of State: Reaffirmation of Character, And
Renunciation of Attempted Expatriations for: Daniel-Theodore:
Loeffler - Apostille number: 449923 - 10 October 2007"____ is a true,

correct and complete photocopy of a document in my possession or control.

_Barbara Susan Loeffler_
**Signature of Custodian of Original Document**

Barbara Susan; Loeffler, a *California* national

Subscribed and sworn to (or affirmed)
before me on this _23 rd_ day of
_July_ Month, 20_08_, by
_Barbara Susan: Loeffler_, who
proved to me on the basis of satisfactory
evidence to be the ~~man/woman/person~~
who appeared before me.

_Daniel Mack: Gough_
**Signature of Notary**

DANIEL M. GOUGH
Commission # 1587881
Notary Public - California
San Diego County
My Comm. Expires Jun 16, 2009

### OPTIONAL INFORMATION

Date of Document ____2 October 2007____

Type or Title of Document ____Act of State____

Number of Pages in Document ____1 page  plus Apostille____

Identifying Number ____449923____

Document in a Foreign Language ____English____

Type of Satisfactory Evidence:

____X____ Personally known with paper Identification

_____ Paper Identification

_____ Credible Witness(es)

Capacity of Signer:

_____ Trustee

_____ Power of Attorney

____X____ Other ____sovereign woman, Scribe of The House of Loeffler____

Tumbprint of Signer

☐ Check here if
no thumbprint
or fingerprint
is available



# State of California

## SECRETARY OF STATE

# *APOSTILLE*

### *(Convention de La Haye du 5 octobre 1961)*

1.  *Country:  United States of America*
    *This public document*

2.  *has been signed by Jagdish Nand*

3.  *acting in the capacity of Notary Public, State of California*

4.  *bears the seal/stamp of Jagdish Nand, Notary Public,*
    *State of California*

### *CERTIFIED*

5.  *At Sacramento, California*

6.  *the 10th day of October 2007*

7.  *by Deputy Secretary of State, State of California*

8.  *No. 449923*

9.  *Seal/Stamp:*



10.  *Signature*



*Debra Bowen*
Secretary of State

NP-24 A (REV. 1-07)                    BY                    OSP 06 99602

**Archetype**

Form: publici juris/Affidavit
Session: one supreme Court

## Act of State
## Reaffirmation of Character
## And Renunciation of Attempted Expatriations

I, **Daniel-Theodore: Loeffler**, ™®© by International Common Law Registration, being of the age of majority, complete in my faculties, a natural born Divine creation, and a Private, Sentient, Sovereign within the constitutional Public survey boundaries within **California**, a Republic, within a constitutional Township, within a constitutional County known as San Diego. The proper jurisdictions of the Common Law thereto, do solemnly make this Reaffirmation, pursuant to my freedom of religion, of an Ambassador, and Citizen of the Kingdom of Heaven under its King, Jesus the Christ; and an American Sovereign, in good standing and behavior, Public Minister (Ambassador), and "dominium" (owner) inhabitant within North America within the Constitution for the United States of America (1791 to date) as ordained and established, with reservation of all Divinely created and inherent unalienable Rights/Privileges. It is at the same time that I renounce and declare void, ab initio, any and all attempts (De Facto/ Renegade/Corporate), by means of fictions or otherwise, of any changes in my lawful Citizenship Status to that of a Corporate Statutory/Military/Maritime/Admiralty/Fictitious "U.S."; "person," "consumer," "individual," "citizen," "citizen-subject," plaintiff/defendant, "resident," "whoever," "taxpayer," "driver," "gun/firearm owner," "debtor," et al, subject to the seizure of Alien Properties by the hypothecated, Corporate/Legislative/Military/Maritime/Admiralty/Fictitious Democracy UNITED STATES, et al. Such corporations, fraudulent and non-existent in the Law, include, but are not limited to, the UNITED STATES, STATE OF CALIFORNIA, COUNTY OF SAN DIEGO, CITY OF ESCONDIDO, DANIEL THEODORE LOEFFLER, DANIEL T. LOEFFLER, DANIEL T LOEFFLER, DANIEL LOEFFLER, D. THEODORE LOEFFLER, D. LOEFFLER, D:T. LOEFFLER, Daniel Theodore Loeffler, Daniel T. Loeffler, Daniel Loeffler, T. Theodore Loeffler, T. Loeffler, D.T. Loeffler, or any variation thereof, 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, etc. This doctrine of "Piercing the Corporate Veil" with its "Instrumentality Rule," will serve Notice, (judicial, presidential, or otherwise), that all acting as Corporate officers, etc., whether by color of law or color of official right, are acting or have acted without the usual immunities afforded in lawful civil/judicial proceedings. For the peace and safety of all Corporate officers, etc., as well as myself I have identified all my guaranteed, properties ("Life, Liberty, and Pursuit of Happiness"), until such time as the present De Facto/Renegade/Corporate government can make the necessary changes to its structure to insure the same. These identifications will list the International Record (Serial) Number (Apostille No), as has been recognized, received, recorded, and issued by the De Facto/Renegade/Corporate government. As this Number is the International registration National authentication, and State certification of a Public Document of the United States of America, my Nations, and of my Citizenships, as well as identification of all guaranteed, properties, whether Private or Public, are and have been in Lawful possession of me. Any confiscation or seizure of any kind of any of the guaranteed, Private and Public properties by any of the De Facto/Renegade/Corporate officers, etc. will result in damages of Ten Million Dollars of United States (Treaty States, nation-state) specie Money, (United States Dollars silver/ "Blocked"), that being enumerated in Article I, Section 10, Clause 1 as "gold and silver Coin" in the Constitution for the United States of America (1791 to date), to be multiplied by not only the damaging party, but all those in concert and cause of action.

This Declaration is affirmed by the enclosed Apostille, (The State of **California**) copy, and, pursuant to 15 Stat. ch.249 pg.223 (1868), shall be made final, adopted, and accepted by the Doctrines of Estoppel (by acquiescence), Law of the Record (Apostille), Moral Obligation (peremptory mandamus), and the Divine Law (380 U.S.163; "The Bible is law to be applied nationally"); or upon the passing of a customary and reasonable time of ten (10) consecutive calendar days from receipt of the service guaranteed U. S. Mail (Certified) or otherwise. It will be the President's absolute ministerial duty to identify, restore, and correct any and all errors, injuries, wrongs, and damages at any time applied and/or attached to me, pursuant to Congressional demand within 15 Stat. ch. 249.

**Dates: spiritual; "In the Beginning" plus Six Days:**      **Announcement of Diplomatic Arrival; January 21, 1952**

™ ®© (Common Law);
Me; American/Christian/ Private; Sentient;
**Sovereign; Divine Inhabitant within North America; Within California, a Republic;**
**"Within" a constitutional county and a constitutional township republic.**

**"...at the mouths of two, or at the mouths of three the matter is established."**
**Deuteronomy 19:15**

_____      _____
**Divine, Sentient, and Common Law Witness**      **Divine, Sentient, and Common Law Witness**

---

**Archetype**

Form: publici juris/Affidavit
Session: one supreme Court

## Act of State
## Primary Signature Certification
## Convention de la Haye du 5 octobre 1961
TIAS 10072, 33 UST 883, 527 UNTS 189, (Convention #12)

I, _Jagdish Nand_, a duly certified and qualified Notary, do hereby certify the document enclosed to be a true, correct, complete, and not misleading Original of the Archetype, containing the primary signature as sealed below. This notarization is for the purpose of signature certification only, for foreign use (i.e. United States of America) of the U.S. originating document. This pursuant to the Hague Conference on Private International Law dated 5 October, 1961, at the Convention Abolishing the Requirement of Legislation for Foreign Public Documents. It was on 15 October, 1981 in which the United States declared as being a signatory to this Convention, and this procedure is required for the legislation of administrative/judicial documents as herein enclosed.

The State of California )      Acknowledged before me the 2ND day of OCTOBER _____, 2007 A.D.
County of Monterey )

_____      _____
**Autograph**      **Notary Signature**

JAGDISH NAND
Commission # 1640236
Notary Public - California
Monterey County
My Comm. Expires Jan 22, 2010

SEAL

**Apostille Number:** _____

**Reaffirmation of Character and Renunciation of Attempted Expatriation/Act of State**

# UNITED STATES
# DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

# # 153452    — TC
# * * C O P Y * *
# July 29, 2008
# 11:38:31

## Misc. Case
Amount.:                        $39.00 MO
Check#.: 12620391265

## Certification
Qty....:    2 @ $9.00
Amount.:                        $18.00 MO
Check#.: 12620391265

## Photocopies
Qty....:    6 @ $0.50
Amount.:                        $3.00 MO
Check#.: 12620391265

## Total—>   $60.00

FROM: MISC FILING
      CERT
      6 COPIES

**FILED**

JUL 2 4 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

'08 MC 04 09

## COPY CERTIFICATION BY DOCUMENT CUSTODIAN

At State of ____California____ )
                                    ) ss.
At County of ____San Diego____ )

I, ____Barbara Susan; Loeffler____, hereby affirm that the attached
*Name of the Custodian of the Original Document*
reproduction of ____"Act of State: Reaffirmation of Character, And
Renunciation of Attempted Expatriations for: Barbara-Susan:
Loeffler - Apostille number: 449925 - 10 October 2007"____ is a true,
correct and complete photocopy of a document in my possession or control.

*Signature of Custodian of Original Document*

Barbara Susan; Loeffler, a *California* national

DANIEL M. GOUGH
Commission # 1587881
Notary Public - California
San Diego County
My Comm. Expires Jul 18, 2009

Subscribed and sworn to (or affirmed)
before me on this __23 rd.__ day of
__July__ Month, 20 __08__ , by
__Barbara Susan : Loeffler__, who
proved to me on the basis of satisfactory
evidence to be the man/woman/person
who appeared before me.

*Signature of Notary*

### OPTIONAL INFORMATION

Date of Document ____22 September 2007____

Type or Title of Document ____Act of State____

Number of Pages in Document ____1 page  plus Apostille____

Identifying Number ____449925____

Document in a Foreign Language ____English____

Type of Satisfactory Evidence:

____X__ Personally known with paper Identification
_____ Paper Identification
_____ Credible Witness(es)

Capacity of Signer:
_____ Trustee
_____ Power of Attorney
__X__ Other ____sovereign woman, Scribe of The House of Loeffler____

Tumbprint of Signer

☐ Check here if
no thumbprint
or fingerprint
is available

# State of California

## SECRETARY OF STATE

# *APOSTILLE*

### *(Convention de La Haye du 5 octobre 1961)*

1. *Country:  United States of America*
   *This public document*

2. *has been signed by Richard W. Fry*

3. *acting in the capacity of Notary Public, State of California*

4. *bears the seal/stamp of Richard W. Fry, Notary Public,*
   *State of California*

### *CERTIFIED*

5. *At Sacramento, California*

6. *the 10th day of October 2007*

7. *by Deputy Secretary of State, State of California*

8. *No. 449925*

9. *Seal/Stamp:*

10. *Signature*





Secretary of State

NP-24 A (REV. 1-07)

BY

OSP 06 99602

**Archetype**

Form: publici Juris/Affidavit
Session: one supreme Court

## Act of State
## Reaffirmation of Character
## And Renunciation of Attempted Expatriations

I, **Barbara-Susan: Loeffler**, ™®© by International Common Law Registration, being of the age of majority, complete in my faculties, a natural born Divine creation, and a Private, Sentient, Sovereign within the constitutional Public survey boundaries within **California**, a Republic, within a constitutional Township, within a constitutional County known as San Diego. The proper jurisdictions of the Common Law thereto, do solemnly make this Reaffirmation, pursuant to my freedom of religion, of an Ambassador, and Citizen of the Kingdom of Heaven under its King, Jesus the Christ; and an American Sovereign, in good standing and behavior, Public Minister (Ambassador), and "dominium" (owner) inhabitant within North America within the Constitution for the United States of America (1791 to date) as ordained and established, with reservation of all Divinely created and inherent unalienable Rights/Privileges. It is at the same time that I renounce and declare void, ab initio, any and all attempts (De Facto/ Renegade/Corporate), by means of fictions or otherwise, of any changes in my lawful Citizenship Status to that of a Corporate Statutory/Military/Maritime/Admiralty/Fictitious "U.S."; "person," "consumer," "individual," "citizen," "citizen-subject," plaintiff/defendant, "resident," "whoever," "taxpayer," "driver," "gun/firearm owner," "debtor," et al, subject to the seizure of Alien Properties by the hypothecated, Corporate/Legislative/Military/Maritime/Admiralty/Fictitious Democracy UNITED STATES, et al. Such corporations, fraudulent and non-existent in the Law, include, but are not limited to, the UNITED STATES, STATE OF CALIFORNIA, COUNTY OF SAN DIEGO, CITY OF ESCONDIDO, BARBARA SUSAN LOEFFLER, BARBARA S. LOEFFLER, BARBARA S LOEFFLER, BARBARA LOEFFLER, B. SUSAN LOEFFLER, B. LOEFFLER, B.S. LOEFFLER, Barbara Susan Loeffler, Barbara S. Loeffler, Barbara Loeffler, B. Susan Loeffler, B. Loeffler, B.S. Loeffler, BARBARA SUSAN GARD, BARBARA S. GARD, BARBARA S GARD, BARBARA GARD, B. SUSAN GARD, B. GARD, B.S. GARD, Barbara Susan Gard, Barbara S. Gard, Barbara Gard, B. Susan Gard, B. Gard, B.S. Gard, BARBARA SUSAN EASTMAN, BARBARA S. EASTMAN, BARBARA S EASTMAN, BARBARA EASTMAN, B. SUSAN EASTMAN, B. EASTMAN, B.S. EASTMAN, Barbara Susan Eastman, Barbara S. Eastman, Barbara Eastman, B. Susan Eastman, B.S. Eastman, or any variation thereof, **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**, etc. This doctrine of "Piercing the Corporate Veil" with its "Instrumentality Rule," will serve Notice, (judicial, presidential, or otherwise), that all acting as Corporate officers, etc., whether by color of law or color of official right, are acting or have acted without the usual immunities afforded in lawful civil/judicial proceedings. For the peace and safety of all Corporate officers, etc., as well as myself I have identified all my guaranteed, properties ("Life, Liberty, and Pursuit of Happiness"), until such time as the present De Facto/Renegade/Corporate government can make the necessary changes in its structure to insure the same. These identifications will list the International Record (Serial) Number (Apostille No), as has been recognized, received, recorded, and issued by the De Facto/Renegade/Corporate government. As this Number is the International registration National authentication, and State certification of a Public Document of the United States of America, my Nations, and of my Citizenships, as well as identification of all guaranteed, properties, whether Private or Public, are and have been in Lawful possession of me. Any confiscation or seizure of any kind of any of the guaranteed, Private and Public properties by any of the De Facto/Renegade/Corporate officers, etc. will result in damages of Ten Million Dollars of United States (Treaty States, nation-state) specie Money, (United States Dollars silver/ "Blocked"), that being enumerated in Article I, Section 10, Clause 1 as "gold and silver Coin" in the Constitution for the United States of America (1791 to date), to be multiplied by not only the damaging party, but all those in concert and cause of action.

This Declaration is affirmed by the enclosed Apostille, (The State of **California**) copy, and, pursuant to 15 Stat. ch.249 pg.223 (1868), shall be made final, adopted, and accepted by the Doctrines of Estoppel (by acquiescence), Law of the Record (Apostille), Moral Obligation (peremptory mandamus), and the Divine Law (380 U.S.163; "The Bible is law to be applied nationally"); or upon the passing of a customary and reasonable time of ten (10) consecutive calendar days from receipt of the service guaranteed U. S. Mail (Certified) or otherwise. It will be the President's absolute ministerial duty to identify, restore, and correct any and all errors, injuries, wrongs, and damages at any time applied and/or attached to me, pursuant to Congressional demand within 15 Stat. ch. 249.

Dates: spiritual; "In the Beginning" plus Six Days:        Announcement of Diplomatic Arrival; January 13, 1950

*Barbara -Susan: Loeffler* ™ ®© (Common Law);
Me; American; Christian; Private; Sentient;
Sovereign; Divine Inhabitant within North America; Within California, a Republic;
"Within" a constitutional county and a constitutional township republic.

"...at the mouths of two, or at the mouths of three the matter is established."
Deuteronomy 19:15

_Charlotte Linn: Fry_                    _Cheryl-Kay: Williams_
**Divine, Sentient, and Common Law Witness**        **Divine, Sentient, and Common Law Witness**

---

**Archetype**

Form: publici Juris/Affidavit
Session: one supreme Court

## Act of State
## Primary Signature Certification
## Convention de la Haye du 5 octobre 1961
TIAS 10072, 33 UST 883, 527 UNTS 189. (Convention #12)

I, _Richard W. Fry_, a duly certified and qualified Notary, do hereby certify the document enclosed to be a true, correct, complete, and /not misleading Original of the Archetype, containing the primary signature as sealed below. This notarization is for the purpose of signature certification only (i.e. United States of America) of the U.S. originating document. This is pursuant to the Hague Conference on Private International Law dated 5 October, 1961, at the Convention Abolishing the Requirement of Legislation for Foreign Public Documents. It was on 15 October, 1981 in which the United States declared as being a signatory to this Convention, and this procedure is required for the legislation of administrative/judicial documents as herein enclosed.

The State of California    )    Acknowledged before me the 22 day of September, 2007 A.D.
County of San Diego    )

_Barbara-Susan: Loeffler_        _Notary Signature_
**Autograph**                **Notary Signature**

RICHARD W. FRY
Commission # 1551972
Notary Public - California
San Diego County
My Comm. Expires Feb 12, 2009

Apostille Number: _____        **SEAL**
**Reaffirmation of Character and Renunciation of Attempted Expatriation/Act of State**